FILED
CLERK, U.S. DISTRICT COURT

1/18/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>          v.<br><br>ALEC VANBIBBER,<br><br>              Defendant. | CR No.  2:24-cr-00041-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Employee with a Deadly and Dangerous Weapon; 18 U.S.C. §§ 924(c)(1)(A)(i), (ii): Carrying, Possessing, and Brandishing a Firearm During and in Relation to, and in Furtherance of, a Crime of Violence] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about January 2, 2024, in Los Angeles County, within the Central District of California, defendant ALEC VANBIBBER intentionally and forcibly assaulted, impeded, intimidated, and interfered with J.O, a United States Postal Service letter carrier, while J.O. was engaged in, and on account of, the performance of J.O.'s official duties, and in doing so, made physical contact with J.O. and used a deadly and dangerous weapon, namely, a firearm.

COUNT TWO

[18 U.S.C. §§ 924(c)(1)(A)(i), (ii)]

On or about January 2, 2024, in Los Angeles County, within the Central District of California, defendant ALEC VANBIBBER knowingly carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, assault on a federal employee with a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1), (b), as charged in Count One of this Indictment, and, in so doing, brandished that firearm.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

COLIN S. SCOTT
Assistant United States Attorney
General Crimes Section

2